**Order filed December 1, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00744-CV

———————

### JOSHUA VAN PETERSON, Appellant

### V.

### MORRISON SUPPLY COMPANY, LLC D/B/A EXPRESSIONS HOME GALLERY, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-10093**

## ORDER

The notice of appeal in this case was filed October 7, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 8, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response

with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.